```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 16, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSICA DE LA ROSA,

              Plaintiff,

   -against-

SLICE WEST VILLAGE LTD et al,
              Defendants.
------------------------------------------------------------X

**18 Civ. 04966 (PAC)**

**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

    The above entitled action has been on the Court's active docket since June 5, 2018, and there having been no activity since April 23, 2019, it is,

    ORDERED, that the above-entitled action is DISMISSED, without prejudice. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated:  New York, New York
         February 16, 2021

                                              SO ORDERED

                                              _/s/ Paul A. Crotty_____

                                              PAUL A. CROTTY
                                              United States District Judge